# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## FINAL JUDGMENT

July 5, 2023

*Before*

**MICHAEL Y. SCUDDER**, *Circuit Judge*
**THOMAS L. KIRSCH II**, *Circuit Judge*
**DORIS L. PRYOR**, *Circuit Judge*

| | |
|---|---|
| No. 22-2271 | DEAN S. SENECA,<br>       Plaintiff - Appellant<br><br>v.<br><br>GREAT LAKES INTER-TRIBAL COUNCIL, INC.,<br>       Defendant - Appellee |
| **Originating Case Information:** ||
| District Court No: 3:21-cv-00304-wmc<br>Western District of Wisconsin<br>District Judge William M. Conley ||

The judgment of the District Court is **AFFIRMED**, with costs, in accordance with the decision of this court entered on this date.

*[signature]*

Clerk of Court

form name: **c7_FinalJudgment**     (form ID: **132**)